## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**BRANDI WASHINGTON**                                                      **PLAINTIFF**
**ADC #720647**

**V.**                              **CASE NO. 2:25-CV-00165 BSM**

**DEXTER PAYNE,** *et al.*                                              **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE